STATE vs. BROOKS and another.

*March 9—March 11, 1909*

*Criminal law: Rape: Conviction of person aiding.*

One who was present and aided and abetted another to commit
rape may himself be convicted of rape although he did not have
carnal knowledge of the woman.

CERTIFIED from the circuit court for Vilas county: A. H.
REID, Circuit Judge.    *Question answered in the affirmative.*

Both defendants were in due form charged with the crime
of rape.    The proof was to the effect that *Brooks* had carnal
knowledge of the body of the prosecutrix, the act being char-
acterized by all essentials of the crime charged, that *Burns*
was present and aided and abetted *Brooks* in the commission
of the offense, but did not himself have carnal knowledge of
the woman.    Both were in due form found guilty, and the
cause was duly reported to this court for answer to the ques-

tion of whether, under such a charge and such proof, it was competent to so convict *Burns.*   While the cause was pending here a question similar to that certified up was presented in *Vogel v. State, ante,* p. 315, 119 N. W. 190, and January 5, 1909, decided in the affirmative, whereupon a request was made, signed by the circuit judge who reported the case, by the defendant *Burns,* and by his attorney, as well as by the prosecuting attorney of Vilas county, for answer to be made to the question submitted as aforesaid in accordance with the decision in the *Vogel Case,* and for a return of the record as soon as practicable to the circuit court for Vilas county.

PER CURIAM.   The question submitted is in accordance with the decision of this court in *Vogel v. State, ante,* p. 315, 119 N. W. 190, answered in the affirmative, and the case is remanded to the circuit court for Vilas county, Wisconsin, for further proceedings according to law; and the clerk of this court is directed to remit the record as speedily as practicable.